**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION - OXFORD COURT**

Allstate Settlement Corporation and Allstate Life
Insurance Company,

    Plaintiffs

v.

                                Civil Action No. 2:09-cv-153-P-A

Linda J. Huie, Pamela L. Hacker, and Carolyn
M. Cooke, as Trustee of the Nichole H. Myers
Trust,
    Defendants

## FINAL ORDER

THE COURT, having been advised that the defendants Linda J. Huie ("Ms. Huie"), Pamela L. Hacker a/k/a Pamela Lawson Hacker ("Ms. Hacker"), and Carolyn M. Cooke, as Trustee of The Nichole H. Myers Trust ("Ms. Cooke") (collectively, the "Defendants") have settled their dispute concerning their conflicting claims to certain structured settlement payments, specifically monthly payments in the amount of $1,425 due July 1, 2009 through and including March 1, 2018 (the "Interplead Funds"), and pursuant to an agreement among the Defendants, hereby ORDERS as follows:

    1.    Allstate Settlement Corporation shall direct Allstate Life Insurance Company to forward, when due, the remaining Interplead Funds, specifically monthly payments in the amount of $1,425 due November 1, 2010 through and including March 1, 2018, as follows:

(a) Monthly payments each in the amount of $570.00 out of each monthly payment of $1,425.00 to Carolyn M. Cooke, Trustee of The Nichole H. Myers Trust, by direct deposit to IOLTA FOUNDATION TRUST ACCOUNT # 6011-392-5, ABA Routing # 084201278, BankcorpSouth, 8848 Northwest Drive, Southaven, MS 38671 (or such other address for The Nichole H. Myers Trust as Carolyn M. Cooke, Trustee of The Nichole H. Myers Trust, may subsequently request in a notarized writing submitted to Allstate Life Insurance Company);

(b) Monthly payments each in the amount of $513.00 out of each monthly payment of $1,425.00 by check made payable to Linda J. Huie, at 8025 Margate Way, Lakeland, FL 33809 (or such other address for Linda J. Huie as she may subsequently request in a notarized writing submitted to Allstate Life Insurance Company); and

(c) Monthly payments each in the amount of $342.00 out of each monthly payment of $1,425.00 by check made payable to Mike Farrell PLLC, at 210 Capitol Street, # 2180, Jackson, MS 39201 (or such other address for Mike Farrell as he may subsequently request in a notarized writing submitted to Allstate Life Insurance Company).

2. The Clerk of the Court shall disburse the Interplead Funds held in the Court's Registry pursuant to this Court's November 16, 2009 Order, specifically monthly payments each in the amount of $1,425 due July 1, 2009 through and including October 1, 2010 (a total of $22,800), as follows:

(a) 40% by check made payable to Carolyn M. Cooke, Trustee of The Nichole H. Myers Trust, at P.O. Box 1468, Southaven, MS 38671-1468;

(b) 36% by check made payable to Linda J. Huie, at 8025 Margate Way, Lakeland, FL 33809; and

(c) 24% by check made payable to Mike Farrell PLLC, at 210 Capitol Street, # 2180, Jackson, MS 39201.

3. The parties shall bear their own costs and attorney's fees.

4. This Case is hereby dismissed with prejudice.

SO ORDERED, this the 13th day of October 2010.

/s/David A. Sanders_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:


/s/ Mitchell O. Driskell
Mitchell O. Driskell
Daniel, Coker, Horton & Bell, P.A.
Oxford Square North
265 North Lamar, Suite R
Post Office Box 1396
Oxford, MS 38655
*Attorneys for Allstate Settlement Corporation
and Allstate Life Insurance Company*



/s/ Mike Farrell
Mike Farrell, Esquire
Mike Farrell, PLLC
Regions Plaza, Suite 2180
210 Capital Street
Jackson, MS 39201
*Counsel for Defendant Linda Huie*



/s/ Christian Goeldner
Christian T. Goeldner, Esquire
Goeldner Porter & McDowell, PC
P.O. Box 1468
Southaven, MS 38671-1468
*Counsel for Defendants Pamela L. Hacker and
Carolyn M. Cooke, as Trustee of the Nichole H. Myers Trust*